ORDER
PER CURIAM:
On August 8, 2001, the Court issued an order that vacated parts of the July 30, 1999, decision of the Board of Veterans’ Appeals, and remanded for readjudication in light of the enactment of Veterans Claims Assistance Act of 2000, Pub.L. No. 106-475, 114 Stat.2096 (Nov. 9, 2000). *270 Specifically, the Court remanded those parts of the decision that denied, as not well grounded, claims for VA service connection for a fractured nose, prostate disability, and urethritis, and that determined that new and material evidence had not been submitted to reopen the previously and finally disallowed claims for service connection for small airway disease, asthma, pneumonia, and post-traumatic stress disorder. The Court dismissed claims for service connection for hydrocele and tumors secondary to Agent Orange exposure because there was no jurisdiction-conferring Notice of Disagreement. On August 28, 2001, the appellant filed a motion for a panel decision.
On consideration of the foregoing and the record on appeal, it is
ORDERED that the motion for a panel decision is DENIED.